No. 81–2263. UZZOLINO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–2264. LONEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 81–2265. KELLY v. WARMINSTER TOWNSHIP BOARD OF SUPERVISORS ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–2267. FIRST NATIONAL BANK OF SCOTIA ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–2269. BERGER v. BERGER. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 81–2270. GUSTAFSON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–2271. SCHOOL BOARD OF DADE COUNTY, FLORIDA v. TRAVELERS INDEMNITY CO. C. A. 11th Cir. Certiorari denied.

No. 81–2274. JONNET DEVELOPMENT CORP. v. CALIGUIRI ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–2277. NORTH STATE CHEMICALS, INC. v. STRICKLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 81–2282. COUGHLIN ET AL. v. JACOBSON. C. A. 2d Cir. Certiorari denied.

No. 81–2286. SARMIENTO-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.